

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2025

No. 04-25-00486-CR

**IN RE** John Bernard **WILLIAMS, III**

Original Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Relator filed his petition for writ of mandamus on July 31, 2025. This court denied relator's petition on August 20, 2025 because it failed to comply with the Texas Rules of Appellate Procedure applicable to petitions for writ of mandamus. Relator has since filed a motion for en banc reconsideration and, in response to an order issued in cause number 04-25-00379-CR, a "petition for writ of mandamus en banc." Neither filing meets the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. Accordingly, the motion for en banc reconsideration and the "petition for writ of mandamus en banc" are **DENIED**. Any pending motions are **DENIED AS MOOT**.

It is so **ORDERED** on November 26, 2025.

---

[1]This proceeding arises out of Cause No. 2019CR6240, styled *State of Texas v. John Bernard Williams, III*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Kristina Escalona presiding.

_Lori Massey Brissette, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2025.

Caitlin A. McCamish, Clerk of Court